

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-9-2009

# Twp of Tinicum v. Dept of Transportation

Precedential or Non-Precedential: Precedential

Docket No. 08-1830

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Twp of Tinicum v. Dept of Transportation" (2009). *2009 Decisions*. Paper 337.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/337

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-1830
_____

TOWNSHIP OF TINICUM, DELAWARE COUNTY, PENNSYLVANIA,

Petitioner

v.

UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION,
OFFICE OF THE SECRETARY, WASHINGTON, D.C.

AIR TRANSPORT ASSOCIATION OF AMERICA, INC.;
AIRPORTS COUNCIL INTERNATIONAL-NORTH AMERICA,
Intervenors
(Pursuant to Clerk Order dated 4/28/08)

On Petition for Review of an Order of the
United States Department of Transportation
Order 2008-3-18

_____

ORDER AMENDING OPINION

_____

It appearing that the Clerk made a typographical error in the spelling of the name for Counsel arguing on behalf of Tinicum Township, the precedential opinion filed September 14, 2009 is hereby amended to reflect the correct spelling, Francis G.X. Pileggi, Esq. This does not change the date of filing, September 14, 2009.

For the Court:

/s/ Marcia M. Waldron
Clerk


Dated:         October 9, 2009